In the Matter of WILLIAM J. SILVERMAN, Respondent, against FRANKLIN TAYLOR et al., as Members of the Board of County Judges of Kings County et al., Appellants.

Submitted January 6, 1947; decided January 16, 1947.

*Francis J. McNamee, Arthur C. Goldberg* and *Roy P. Monahan* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.